IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br>v. )<br>)<br>FRED A. JOHNSON, and )<br>DEBBIE R. JOHNSON, aka/DEBBIE R. BARBER, )<br>Defendants, )<br>)<br>and )<br>)<br>FOODMAN HUNTER & KARRES PLLC., )<br>Garnishee. )<br>_____) | CASE NO. 3:97CV138<br>(Financial Litigation Unit) |

## **ORDER OF CONTINUING GARNISHMENT**

The United States obtained a judgment against the defendant, Debbie R. Johnson aka/Debbie R. Barber ("Johnson") on March 18, 1998, in the amount of $17,424.62. Subsequently, the United States sought to garnish Johnson's wages. On August 1, 2005, the Court entered a Writ of Continuing Garnishment to Foodman Hunter & Karres PPLC. ("garnishee"). The United States is entitled to a wage garnishment of up to 25% of Johnson's net income and has satisfied the prerequisites set forth in 15 U.S.C. §1673.

The garnishee filed an Answer on September 16, 2005, stating that at the time of the service of the Writ the garnishee had in their custody, control or possession property or funds owned by the debtor, including non-exempt, disposable earnings.

The United States and Johnson have agreed to an amount of $400.00 to be garnished from Johnson's wages on the 15th of each month.

IT IS HEREBY ORDERED that an Order of Continuing Garnishment is hereby ENTERED in the amount of $22,690.97 computed through January 31, 2006. The garnishee will pay the United

States $400.00 from Johnson's net earnings which remain after all deductions required by law have been withheld and 100% of all 1099 payments and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to Johnson or until further Order of this court.

Payments should be made payable to the United States Department of Justice and mailed to the United States Attorney's Office, Financial Litigation Unit, 227 West Trade Street, Suite 1650, Charlotte, NC 28202.

In order to ensure that each payment is credited properly, the following should be included on each check: Defendant Name: Debbie Johnson and Court Number: 3:97CV138.

Signed: February 6, 2006

_____
Carl Horn, III
United States Magistrate Judge