IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO. 3:97CV138 |
| | ) | (Financial Litigation Unit) |
| FREDERICK A. JOHNSON, | ) | |
| DEBBIE R. JOHNSON, | ) | |
| a.k.a. DEBBIE R. BARBER, | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| FOODMAN, HUNTER & KARRES, PLLC., | ) | |
| Garnishee. | ) | |

## DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment as to Foodman, Hunter & Karres, PLLC, filed in this case on February 6, 2006 against the defendants Frederick A. Johnson and Debbie R. Johnson is hereby DISMISSED.

**SO ORDERED**.   Signed: March 25, 2010

David S. Cayer
United States Magistrate Judge